NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROMULO ORCINO,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3034

---

Petition for review of the Merit Systems Protection Board in case no. SF0831110111-I-1.

---

## ON MOTION

---

## O R D E R

Romulo Orcino moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 06 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Romulo Orcino
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 06 2011**

**JAN HORBALY**
**CLERK**